IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr11-MHT |
| | ) | (WO) |
| JOEY HOLLENQUEST | ) | |

## ORDER

Based on the representations made on the record on May 16, 2017, it is ORDERED that the revocation petition (doc. no. 47) is set for an evidentiary hearing on June 9, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court understands that, in the meantime, defense counsel is attempting to arrange for defendant Joey Hollenquest's placement in an inpatient drug-treatment program.

DONE, this the 16th day of May, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**