IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:15cr11-MHT
                            )          (WO)
JOEY HOLLENQUEST            )

## ORDER

This matter came before the court at a hearing on
an amended petition for revocation of supervised
release for defendant Joey Hollenquest. During the
hearing, the parties orally requested that this case be
continued pending Hollenquest's admittance for
substance-abuse treatment at Mission of Hope Ministries
in Mobile, Alabama. As the court would like additional
information before deciding whether to approve
Hollenquest's admission to Mission of Hope Ministries
and based upon the representations of the parties made
on the record during the hearing on June 9, 2017, it is
ORDERED as follows:

(1) The amended petition for revocation of
supervised release (doc. no. 59) for defendant Joey

Hollenquest is reset for hearing on June 30, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama

(2) Probation shall arrange for a mental-health evaluation of defendant Hollenquest by Dr. Kale Kirkland, and defendant Hollenquest shall cooperate with said mental-health evaluation. A copy of Dr. Kirkland's evaluation report shall be submitted to probation and filed with the court on or before June 28, 2017.

(3) By June 28, 2017, probation shall file a written report regarding Mission of Hope Ministries in Mobile, Alabama, including a detailed summary of Mission of Hope's substance-abuse treatment program and explaining, most importantly, whether the program would be appropriate for defendant Hollenquest.

(4) By June 28, 2017, probation shall investigate and notify the court about any reasonably available

alternative substance-abuse treatment programs that may be appropriate for defendant Hollenquest.

(5) The oral motion to continue (doc. no. 61) is denied without prejudice.

DONE, this the 15th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE