**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:15cr11-MHT** |
| | ) | **(WO)** |
| **JOEY HOLLENQUEST** | ) | |

**ORDER**

By agreement of the parties made in open court on June 30, 2017, it is ORDERED as follows:

(1) The revocation petition (doc. no. 47), as amended (doc. no. 59), is reset for hearing on August 4, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Defendant Joey Hollenquest has yet to plead either not guilty or guilty to the petition.

(2) Defendant Hollenquest shall be released, pending said hearing, on the following conditions:

(A) He shall participate in inpatient substance abuse treatment, followed by outpatient drug

and mental-health treatment and an assistance program for establishing housing, vocational training, and/or employment.

(B) He shall receive testing for learning disabilities, and he shall attend a vocational rehabilitation program if applicable.

(C) He shall remain in the custody of the United States Marshals Service until a bed becomes available at the Chemical Addictions Program.

DONE, this the 30th day of June, 2017.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**