IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr11-MHT |
| | ) | (WO) |
| JOEY HOLLENQUEST | ) | |

## ORDER

By agreement of the parties made on the record on August 3, 2017, it is ORDERED that the revocation petition (doc. no. 47), as amended (doc. no. 59), now set for hearing on August 4, 2017, is reset for hearing on October 10, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Defendant Joey Hollenquest has yet to plead either not guilty or guilty to the petition.

DONE, this the 3rd day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**