IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr11-MHT |
| | ) | (WO) |
| JOEY HOLLENQUEST | ) | |

ORDER

By agreement of the parties made in open court on November 1, 2017, it is ORDERED that, pending resolution of the revocation petition (doc. no. 47), as amended (doc. nos. 59, 73), defendant Joey Hollenquest shall be released upon the following conditions:

(1) Defendant Hollenquest shall remain in the custody of the United States Marshals Service until a bed becomes available at the Fellowship House, and shall be released at that time only to a representative of either the Federal Defender Program or the United States Probation Office.

(2) Defendant Hollenquest shall complete the Fellowship House Residential Drug Treatment

Program followed by its Low Intensity Transitional Apartment Program.

(3) Defendant Hollenquest shall attend psychotherapy at least twice per month, to be provided by an appropriate psychology or psychiatry professional, until further order of the court. The counseling should address the impact of grief, trauma, substance-abuse, and mental illness on the defendant and his ability to function in society.

(4) Defendant Hollenquest shall take all prescribed psychotropic medication as ordered.

(5) Defendant Hollenquest shall receive a comprehensive evaluation for learning disabilities and vocational rehabilitation. The evaluation and rehabilitation should take place as soon as possible, but may be delayed until after he completes the intensive residential portion of the Fellowship House program. He shall receive services for any identified

**learning disabilities and participate in a vocational rehabilitation program until further order of the court.**

**DONE, this the 2nd day of November, 2017.**

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**