**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr11-MHT** |
| | ) | **(WO)** |
| **JOEY HOLLENQUEST** | ) | |

**ORDER**

Based on the representations made at a hearing on May 30, 2018, it is ORDERED as follows:

(1) Defendant Joey Hollenquest is adjudged guilty of charges 1, 2, 3, 4, 6, and 7 in the amended revocation petition (doc. no. 93).

(2) Action on charge 5 in the amended revocation petition (doc. no. 93) is continued pending further consideration by the government. By June 7, 2018, the government is to inform the court in writing whether it wishes to pursue or dismiss the charge.

(3) Sentencing shall resume on June 14, 2018, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(4) On or before June 7, 2018, defense counsel is to file a report detailing (a) whether a global resolution of the federal and state charges is possible and, if not, what the status of state charges is and what likely punishment defendant Hollenquest is facing on the state charges; and (b) whether Dismas Charities will accept defendant Hollenquest and, if not, what other sentencing recommendation defense counsel proposes.

DONE, this the 1st day of June, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**